| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br><u>NORTHERN DISTRICT OF NEW YORK</u> | Hearing: September 2, 2015 @ 9:15 a.m.<br>Albany, New York |

In the Matter of:

**EDWARD D. POWERS,**

              Debtor(s).

**APPLICATION FOR ORDER AUTHORIZING EXTENSION PERIODS**
Case No. 15-11107 - Chapter 7

TO:  HON. ROBERT E. LITTLEFIELD, JR., U.S. BANKRUPTCY JUDGE

      The Application of WILLIAM M. McCARTHY, Trustee in the above named bankruptcy case, respectfully represents:

      1)      On or about May 25, 2015 the Debtor filed with this Court a Petition for relief under Chapter 7 of Title 11, United States Code ("Code").  Thereafter, an Order for the Section 341 meeting was entered by this Court.  Said meeting was scheduled for July 2, 2015.

      2)      That the attorney for the Debtor had appeared at the 341 meeting and the Trustee requested certain materials.

      3)      That your Applicant is aware that the discharge objection period and objection to exemption period will expire in the near future unless a Motion is initiated and consequently seeks an extension thereof to preserve the right to object.

      4)      That the Debtor has provided some materials, however, certain documents including the 2014 tax returns and asset valuations remain outstanding.

      5)      Among the duties to be discharged by the Trustee is to review the Debtor's compliance with Sections 521, 541, 544, 547, 548, 707, 727 and other relevant Sections of the Bankruptcy Code.

      6)      The applicant proposes that the aforesaid objection period be extended for a ninety (90) day period pursuant to Rule 4003(B) and 4004(B) from the expiration of the Order.

WHEREFORE, applicant respectfully requests entry of the pre-fixed Order, and such other and further relief as is just.

Dated: August   5    2015
      Albany, New York

  /s/ William M. McCarthy
WILLIAM M. McCARTHY, Trustee
60 South Swan Street
Albany, New York 12210
(518)  434-6141